IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEON BOOKER, #88866                                                               PLAINTIFF

VERSUS                            CIVIL ACTION NO. 3:08cv743-DPJ-JCS

POLICE DEPARTMENT OF THE
CITY OF JACKSON, MISSISSIPPI,
JOHN DOES, Unknown Dispatch Officer;
JOHN DOES, Unknown Responding Officer;
"FIRST NAME UNKNOWN" MCMILLIAN,
Acting Chief of Police for the City of Jackson;
and SHERLY ANDERSON, Chief of Police                  DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this day,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be dismissed with prejudice as frivolous and for failure to state a claim and will count as a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2009.

                                               s/ *Daniel P. Jordan III*
                                               UNITED STATES DISTRICT JUDGE